Christian N. Bataille
FLANIGAN & BATAILLE
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail:cbataille@farnorthlaw.com
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RICHARD A. AHLCRONA )
)
                    Plaintiff, )
  vs. )
)
CLARE L. MAXWELL MD, )
COMPHEALTH ASSOCIATES, INC. )
D/B/A COMPHEALTH, ROBERT L. )
BLALOCK MD AND )
VISTA STAFFING SOLUTIONS, INC. )
)
                    Defendants. )

Case No.

## **COMPLAINT**

Plaintiff, by and through counsel, states and alleges as follows:

1. At all times relevant, Plaintiff Richard Ahlcrona was a resident of the Third Judicial District, State of Alaska and was a veteran eligible for Veteran's Administration benefits, including medical care.

2. On information and belief, at all times relevant, defendant Clare L. Maxwell MD was a physician employed by defendant CompHealth Associates Inc.

Complaint re Richard Ahlcrona
Page 1

d/b/a CompHealth, providing medical care in the Third Judicial District, State of Alaska on behalf of the United States Veterans Administration and was a resident of a different state than Alaska at the time the actions giving rise to the present action occurred.

3. On information and belief, defendant CompHealth Associates Inc. d/b/a CompHealth is a corporation licensed in a different state than Alaska and at the time of the acts and omissions giving rise to the present action was an employer of defendant Clare L. Maxwell MD and is a corporation subject to personal jurisdiction in the State of Alaska.

4. On information and belief, at all times relevant, defendant Robert L. Blalock MD was a physician employed by defendant Vista Staffing Solutions, Inc. providing medical care in the Third Judicial District, State of Alaska on behalf of the United States Veterans Administration and was a resident of a different state than Alaska at the time the actions giving rise to the present action occurred. .

5. On information and belief, defendant Vista Staffing Solutions, Inc. is a corporation licensed in a different state than Alaska and at the time of the acts and omissions giving rise to the present action was an employer of defendant Robert L. Blalock MD and is a corporation subject to personal jurisdiction in the State of Alaska.

6. Jurisdiction for this action is proper under 28 USC §1332(a)(1). Venue for this action is proper under 28 USC §1391(a)&(c).

FLANIGAN & BATAILLE
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

7. On or about August 25, 2008, plaintiff suffered a stroke in Kodiak, Alaska that required urgent medical care to diagnose and treat his medical condition following the stroke.

8. Due to plaintiff's financial inability to defray the costs of the urgent medical care needed to diagnose and treat his stroke and the geographical distance between Kodiak and a VA medical care facility that could furnish necessary medical care, plaintiff met the requirements for VA authorization of private urgent medical care in Kodiak to diagnose and treat his medical condition following his stroke of August 25, 2008.

9. On or about August 25, 2008 and thereafter, plaintiff and his health care providers in Kodiak, Alaska contacted the Veteran's Administration seeking authorization from the VA to allow plaintiff to receive urgent medical care in Kodiak, Alaska to diagnose and treat his stroke of August 25, 2008 and associated symptoms.

10. The Veteran's Administration (hereinafter VA) denied or otherwise failed to authorize plaintiff to obtain urgent private medical care needed to diagnose and treat plaintiff's medical condition and symptoms following his stroke of August 25, 2008 in Kodiak, Alaska.

11. Due to the VA's failure/refusal to authorize private medical care, plaintiff's financial inability to pay for medical care and the geographical distance from VA medical facilities, plaintiff was unable to obtain medical care to treat and diagnose

FLANIGAN & BATAILLE
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

his medical condition and symptoms after suffering the stroke of August 25, 2008 until June 16, 2009 at the Veterans Administration medical facility in Anchorage, Alaska.

12. On or about June 16, 2009, plaintiff was seen and treated by defendants Robert L. Blalock MD (Dr. Blalock) and Clare L. Maxwell MD (Dr. Maxwell) at the VA medical facility in Anchorage, Alaska.

13. On or about June 16, 2009, plaintiff informed Dr. Blalock and Dr. Maxwell that he had sustained a stroke on or about August 25, 2008, that he was experiencing pain and swelling in his right leg, shortness of breath and hemoptysis.

14. Plaintiff continued to communicate with Dr. Blalock and Dr. Maxwell following his appointment on June 16, 2009 regarding his medical condition and symptoms in which plaintiff expressed medical complaints similar to those expressed on June 16, 2009, including pain and swelling in his right leg.

15. Defendants Dr. Blalock and Dr. Maxwell failed on June 16, 2009 and thereafter to appropriately diagnose and treat plaintiff's medical condition based on his symptoms and medical history.

16. On or about September 28, 2009, plaintiff was diagnosed with a severe deep vein thrombosis in his right leg that, to a reasonable degree of medical probability, was caused or made materially worse due to the actions or inactions of defendants Dr. Maxwell and Dr. Blalock as set forth herein and to be proven at trial.

## FIRST CAUSE OF ACTION

FLANIGAN & BATAILLE
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

17. Plaintiff realleges and incorporates by reference paragraphs 1 through 16 above, as though fully stated herein.

18. Defendants Dr. Blalock and Dr. Maxwell owed plaintiff a duty to exercise the degree of knowledge or skill possessed or the degree of care ordinarily exercised by health care providers in the field or specialty in which the defendants were practicing at the time they provided medical care or treatment to the plaintiff.

19. Defendants Dr. Blalock and Dr. Maxwell either lacked the degree of knowledge or skill or failed to exercise the degree of care required of health care providers in their respective fields at the time they provided medical care or treatment to the plaintiff.

20. As a proximate cause of defendants Dr. Blalock and Dr. Maxwell's lack of knowledge or skill or the failure to exercise the degree of care required of health care providers in their respective fields at the time they provided medical care or treatment to the plaintiff, plaintiff sustained injuries and losses that he would not have otherwise incurred.

## SECOND CAUSE OF ACTION

21. Plaintiff realleges and incorporates by reference paragraphs 1 through 20 above, as though fully stated herein.

22. Defendants Dr. Blalock and Dr. Maxwell had a duty directly or through their supervisory role over their staff to adequately assure that plaintiff was provided

FLANIGAN & BATAILLE
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

sufficient information to exercise informed consent as to ongoing diagnosis and treatment related to his medical condition.

23. In violation of their legal duty as set forth herein, defendants Dr. Blalock and Dr. Maxwell failed directly or through their supervisory role over their staff to adequately assure that plaintiff was provided with sufficient information to exercise informed consent as to ongoing diagnosis and treatment, thereby preventing him from obtaining available alternative diagnostic testing and treatments that would have resulted in the proper diagnosis and treatment of his condition sufficient to prevent or materially limit the injuries and losses as described herein.

24. Defendants' lack of or failure to exercise the degree of care and/or knowledge and/or skill possessed by or ordinarily exercised by medical doctors trained in the fields of general and/or thoracic surgery and failure to provide plaintiff with sufficient information to exercise informed consent as to ongoing diagnosis and treatment as set forth herein was negligent and/or reckless and a proximate cause of plaintiff's injuries.

### THIRD CAUSE OF ACTION

23. Plaintiff realleges and incorporates by reference paragraphs 1 through 24 above, as though fully stated herein.

25. Defendant CompHealth Associates Inc. d/b/a CompHealth, as employer of defendant Clare L. Maxwell MD, is vicariously liable for the acts and omissions of

FLANIGAN & BATAILLE
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

defendant Clare L. Maxwell MD as described herein under the doctrine of respondeat superior.

26. Defendant Vista Staffing Solutions, Inc., as employer of defendant Robert L. Blalock MD, is vicariously liable for the acts and omissions of defendant Richard Blalock MD as described herein under the doctrine of respondeat superior.

Wherefore, plaintiff prays for judgment against defendants as follows:

1. That plaintiff be awarded all damages recoverable under Alaska law, including but not limited to past and future medical expenses, loss of income, pain, suffering and emotional distress and loss of enjoyment of life, all in amount to be proven at trial.

2. That plaintiff be awarded allowable interest, costs, attorney's fees and any equitable relief the court deems just and equitable.

Dated this 8th day of June, 2011.

> FLANIGAN & BATAILLE
> Counsel for Plaintiff
>
> By: s/ Christian N. Bataille
> Ak.Bar #8406011
> 1029 W. 3rd Ave., Ste. 250
> Anchorage, Alaska, 99517-1014
> (907) 279-9999 Phone
> (907) 258-3804 Fax
> E-Mail: cbataille@farnorthlaw.com

FLANIGAN & BATAILLE
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804