**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| RICHARD A. AHLCRONA,<br><br>      Plaintiff,<br><br>vs.<br><br>CLAIRE L. MAXWELL MD,<br>COMPHEALTH ASSOCIATES, INC. d/b/a<br>COMPHEALTH, ROBERT L. BLALOCK<br>MD and VISTA STAFFING SOLUTIONS,<br>INC.,<br><br>      Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:11-cv-00126-SLG |

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the agreement of all parties as placed on the record at the status

hearing held on June 1, 2012, IT IS ORDERED that this case is DISMISSED with

prejudice, with each party to bear its own fees and costs.

DATED at Anchorage, Alaska, this 1st day of June, 2012.

/s/ Sharon L. Gleason
United States District Judge